ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
BRETT A. SAGEL (CBN: 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3598
    Facsimile: (714) 338-3708
    Email: Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. SA CR 06-224(D)-AG |
| Plaintiff, | ) GOVERNMENT'S POSITION RE: SURRENDER |
| v. | ) OF DEFENDANT MICHAEL S. CARONA |
| MICHAEL S. CARONA, | ) |
| Defendant. | ) |

Plaintiff United States of America, by and through its counsel of record, hereby submits its position regarding the surrender of defendant Michael S. Carona to serve his 66-month sentence. On January 6, 2011, and January 7, 2011, this Court issued separate minute orders seeking the parties positions by January 21, 2011, regarding when defendant should surrender to custody. This Court also wanted the parties to address whether the Bureau of Prisons ("BOP") had completed its process to place defendant at a BOP facility and whether BOP could properly account for defendant's security needs.

1    On January 10, 2011, the Government informed defendant that BOP had designated defendant to FCI Englewood in Littleton, Colorado, and that FCI Englewood was prepared to process defendant at any time if he surrendered. See Attachment A (Government's Letter to defendant dated January 10, 2011). The Government also told defendant that if he did not self-surrender prior to the hearing on January 25, 2011, the Government would seek immediate remand of defendant at the hearing. See id.

   On January 19, 2011, the Government received a letter that defendant submitted to the Court (in violation of Local Rule 83-2.11) informing the Court that defendant would self-surrender to FCI Englewood prior to the hearing on January 25, 2011. See Attachment B (Defendant's Letter to the Court dated January 19, 2011). If defendant does surrender prior to the hearing, the Government's position is moot; however, if defendant does not self-surrender prior to the hearing, the Government would seek immediate remand of defendant on January 25, 2011. As defendant has had ample time to get his personal affairs in order and BOP has designated a facility for defendant, no further time is necessary for defendant to self-surrender.

                                ANDRÉ BIROTTE JR.
                                United States Attorney

                                DENNISE D. WILLETT
                                Assistant United States Attorney
                                Chief, Santa Ana Branch Office

Dated: January 21, 2011         *Brett A. Sagel*
                                BRETT A. SAGEL
                                Assistant United States Attorneys

                                Attorneys for Plaintiff
                                United States of America

2